**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

CLAIRE FITZGERALD,

Plaintiff,

v. CASE NO. 1:26cv188-RH-MAF

JAMES BAUGHER, et al.,

Defendants.

_________________________________/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted. The clerk must enter judgment stating, "This case is dismissed for failure to prosecute." The clerk must close the file.

SO ORDERED on October 25, 2026.

s/Robert L. Hinkle
United States District Judge